IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.T. DAVIS ENTERPRISES, LTD., | ) | |
|     *doing business as* | ) | |
|     HOVERTECH INTERNATIONAL, | ) | Civil Action |
| | ) | No. 12-cv-01374 |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| ARJO, INC., | ) | |
| | ) | |
|     Defendant | ) | |

**O R D E R**

NOW, this 30th day of September, 2013, upon consideration of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction Pursuant to Fed.R.Civ.P. 65 ("Plaintiff's Motion for Preliminary Injunction"), which motion was filed March 22, 2012; upon consideration of the oral Motion for Judgment on Partial Findings, which oral motion was made on May 23, 2012 on the record in open court pursuant to Rule 52(c) of the Federal Rules of Civil Procedure; upon considerations of the pleadings, record papers, and the evidence adduced at the hearing held before me on April 20, May 23 and 25, 2012; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Plaintiff's Motion for Preliminary Injunction is denied.

IT IS FURTHER ORDERED that defendant oral Motion for Judgment on Partial Findings is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Arjo, Inc., and against plaintiff D.T. Davis Enterprises, Ltd., doing business as HoverTech International, on plaintiff's Complaint for Preliminary and Permanent Injunctive Relief filed March 8, 2012[1] in the Court of Common Pleas of Lehigh County, Pennsylvania, in Civil Action Number 2012-C-984, and removed to this court on March 16, 2012.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge

---

[1] See Document 1. (Document numbers cited in this Order and accompanying Opinion refer to Docket Entries in the official docket number 12-cv-01374-JKG in this matter.)